(March 10, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MING JIAN HUANG, Appellant. [25 NYS3d 884]—Judgment of resentence, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered August 21, 2012, resentencing defendant to an aggregate term of 50 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). Concur—Mazzarelli, J.P., Renwick, Saxe and Moskowitz, JJ.